WILLIAM JAY SCHIEFFELIN v. TIMOTHY A. LEARY and CHARLES W. BERRY, as Comptroller of the City of New York. Preference granted for February 10, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PERCIVAL WILDS, as Trustee in Bankruptcy of WINFIELD SCOTT NORRIS, Trading, etc., v. LEBANON NATIONAL BANK, a Corporation.— Preference granted for February 16, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES FERSHLEISER.— Preference granted for February 15, 1927.— Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Transfer Tax upon the Estate of MYER HECHT, Deceased. In the Matter of the Transfer Tax upon the Estate of ALBERT SIMONSON, Deceased.— Motion to consolidate granted, and preference granted for February 9, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLARENCE L. GRIFFITH v. BERTON L. MAXFIELD and Others, as Executors, etc., of CASSIUS M. CLAPP, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR R. BRODY v. JUANITA MARTEN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN MAREK v. BORRAH MINEVICH.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT H. CASNER, Appellant, v. ROYAL INDEMNITY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BANKERS COMMERCIAL SECURITY COMPANY, INC., Appellant, v. COMMERCIAL INVESTMENT TRUST, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICHOLAS S. MONAHOS and Others, Copartners, etc., Respondents, v. BANK OF THESSALY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DOWD & CLEMENS, INC., Respondent, v. EMILY K. GOODWIN and LEO GOODWIN, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD L. O'HARA, as President of Local No. 3 of the International Brotherhood of Electrical Workers, and Others, Respondents, v. JAMES P. NOONAN, as President of the International Brotherhood of Electrical Workers, and Others, Defendants, Impleaded with HENRY H. BROACH and WILLIAM A. HOGAN, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

EMANUEL ATLAS, Respondent, v. ESTHER TURGEL, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.